IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS GEORGE DOVER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-2953 |
| v. | : | |
| KYLE LASKOSKIE, Pa. State Trooper;<br>FRANK GAWEL, Pa. State Trooper; and<br>JOHN DOE, Shift Supervisor – Trooper, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 11th day of August, 2021, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 3) and complaint (Doc. No. 1) filed by the *pro se* plaintiff, Louis George Dover; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The court's July 14, 2021 order (Doc. No. 4) is **VACATED**;

2. The application for leave to proceed *in forma pauperis* (Doc. No. 3) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

3. The complaint is **DEEMED** filed;

4. The complaint is **DISMISSED WITH PREJUDICE**;[1] and

5. The clerk of court shall **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] As indicated in the memorandum opinion, Dover may pursue the return of his property in state court if appropriate.